**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7404**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES K. BURKS, JR., a/k/a Howard Theodore
Wright, a/k/a Marcus Williams, a/k/a Nathan
King, a/k/a Derrick Baxter, a/k/a Marcus
Allen, a/k/a Martin Wilson,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-93-460-A, CA-97-613-AM)

———————————

Submitted: January 15, 1998          Decided: January 28, 1998

———————————

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Robert Lee Jenkins, Jr., Alexandria, Virginia, for Appellant. Gordon Dean Kromberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Burks</u>, Nos. CR-93-460-A; CA-97-613-AM (E.D. Va. Aug. 28, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>